# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

Plaintiff: D. Yvette Jenkins-McDaniel

vs. Housing Authority of Spfd. AKA HAS Property of Spfd., Mo

Defendant

Case No. _____

## AFFIDAVIT OF FINANCIAL STATUS

I, D. Yvette J. McDaniel, declare that I am the plaintiff in this case, that because of my poverty I am unable to pay the costs of these proceedings, and that I believe I am entitled to relief.

I further swear that the responses which I have made to the questions below and the information I have given relating to my ability to pay the costs of commencing and prosecuting this action are true.

I. **MARITAL STATUS AND PERSONAL DATA**

   A. Single:____ Married:____ Separated: X  Divorced:____
   B. Name of Spouse: Jeff Scott McDaniel
   C. Age of plaintiff, petitioner or complainant: 58
   D. Age of spouse: 49
   E. Address of plaintiff, petitioner or complainant: 1618 W. Lombard, Spfd, Mo. 65802
      Telephone: 417-353-9609
   F. Address of spouse: 535 S. Ingram Mill Rd.
      Telephone: 417-771-4338

G. State name or names of dependents who live with you, their age, address, relationship, and how much of their monthly support you provide:

None

## II. EMPLOYMENT

A. Name of employer: None

Address of employer: _____

Employer's telephone: _____ Length of employment: _____

Job title or description: _____

Net Income: Monthly $_____ Weekly $_____

Gross Income: Monthly $_____ Weekly $_____

Does employer provide health insurance: Yes____ No____

If employer provides health insurance, describe coverage: _____

B. Previous employment (Answer only if presently unemployed)

Name of employer: HAS Properties

Address of employer: 421 W. Madison

Employer's telephone: 417-866-4329 Length of employment: 15 yrs & one month

Job title or description: Receptionist 1

Net Income: ~~Monthly $~~ Bi-wkly $646.09 Weekly $_____

Gross Income: ~~Monthly $~~ Bi-wkly $870.40 ~~Weekly $~~

Oct. 17, 2016 would have been 16 yr. Anniversary, would have rec'd a raise.

C.  Employment of spouse:

Name of employer: DHL

Address of employer: ~~I Do not know any of this. Had to file an X-parte & for peace sake I stay act of his Personal Business.~~

Employer's telephone: _____ Length of employment: _____

Job title or description: _____

Net Income:   Monthly $_____   Weekly $_____

Gross Income: Monthly $_____   Weekly $_____

## III. FINANCIAL STATUS
(Answer questions on behalf of both the plaintiff, petitioner or complainant and spouse).

A.  Owner of real property?   Yes ___   No _X_

   If yes - Description: _____

   Address: _____

   In whose name? _____

   Estimated value: _____

   Total amount owed: _____

   Owed to: _____

   Annual income from property: _____

B.  Owner of automobile: Yes _X_   No ___

   If yes - Number of automobiles owned: _____

   Make Civic   Model Honda   Year 2003

   Make Caprice Model Chevrolet Year 1984

   In whose name registered? D. Uvette Blakley-Jenkins.

   Present value: Honda I do not know. Caprice appraised $100.00. Trying to sale the Honda. Caprice does not run.

Amount owed on the automobile(s): None

Owed to: NA

Monthly payment(s): None

C. Cash on hand: (Include checking and savings accounts)

$ Purse $7.00 ; chg. ckg. $3,487.76 remains.

List names and addresses of banks and associations:

Guaranty ~~Bank~~ 1341 W. Battlefield, Spfd., Mo. 65807

**Please do not state account numbers.**

D. Have you received within the past 12 months any money from any of the following sources: Feb. 2017 to Feb. 2018.

|  | Yes | No |
|---|---|---|
| Rent payments, interest or dividends? |  | X |
| Pensions, trust funds, annuities or life Insurance payments? |  | X |
| Gifts or inheritances? Xmas. | X |  |
| Welfare Payments? |  | X |
| ADC or other governmental child support? |  | X |
| Unemployment benefits? |  | X |
| Social Security Benefits |  | X |
| Other sources? 401K w/Drawals Loan from Cousin. | X |  |

E. If the answer to any item in D above was "Yes", describe each source of money and state the amount received from each during the past 12 months:

Xmas - $50.00. 401K - June 2017 - $9,600.00 - To Buy a car & live. Dec. 2017 - $6,000.00 To live & repair mother's car - now main source of transportation. $500.00 Loan from Cousin for Utility Bill.

IV.	**OBLIGATIONS**

    A.	Monthly rental on house or apartment: $415.00

    B.	Monthly mortgage payments on house: None

       Amount of equity in house: NA

    C.	Monthly mortgage payments on other properties: $ None

       Amount of equity in other properties: $100.00 Caprice. Not sure of Honda.

    D.	Household expenses: $20 to $25 monthly? Share w/mother & son. Do their laundry.

       Monthly grocery expense: $40.00 monthly? Get left-overs from mother.

       Monthly utilities: On Level Pay. Currently re-calcu-

       Gas: lating amt. Was $166.00 then

       $323.00. Balance being re-evaluated.

       Electric:

       Water:

       Other: (Specify)

    E.	Other debts and miscellaneous monthly expenses:

| To Whom Owed and For What Reason Incurred? | Monthly Payments | Balance Due |
|---|---|---|
| Cable - Mediacom. | $84.11 | None. |
| C.U. Elec. Spfd. - Util. | not determined yet. | $1092.00 Level Pay Bal. |
| Phone Card - Straight Talk | $32.28 | None |
| 1/2 Gas X-pense w/son. | $40.00 | None |
| Equity Ins. - Car Ins. | $46.00 | $156.00 |
| Cox - annl. yr. of a visit | $10.00 | $156.00 |
| KCS Pharmacy - Meds. | $9.00 | None |
|  |  |  |
|  |  |  |

Help my mother & son w/their prescription costs. about $20/$25.00 a month.

V.  **OTHER INFORMATION PERTINENT TO FINANCIAL STATUS**
(Include information regarding stocks, bonds, savings bonds, either individually or jointly owned).

None.

I understand that a false statement or answer to any question in this affidavit will subject me to penalties of perjury.

*D. Yvette Jones-McDaniel*

Signature of Plaintiff or Plaintiffs

## VERIFICATION

State of Missouri )
County of Greene )

I, being first duly sworn under oath, state that I know the contents of this affidavit and that the information contained in the affidavit is true to the best of my knowledge and belief.

*D. Yvette Jones-McDaniel*

Signature of Plaintiff or Plaintiffs

**All parties must verify**

SUBSCRIBED AND SWORN TO before me this 23rd day of February, 20 18.

*Brittany Russom*
Notary Public

10/07/2018
My Commission Expires

> BRITTANY RUSSOM
> Notary Public – Notary Seal
> STATE OF MISSOURI
> Christian County
> My Commission Expires Oct. 7, 2018
> Commission #14630581